An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROSS DRESS FOR LESS, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK
AND THE HONORABLE JERRY A.
WIESE, DISTRICT JUDGE,
Respondents,
and
PAULINE D. ORTIZ,
Real Party in Interest.

No. 62283



FILED

MAR 1 5 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court's denial of petitioner's motion to dismiss for failing to comply with the requirements of NRCP 16.1.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. See NRS 34.160; International Game Tech. v. Dist. Ct., 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). It is within our discretion to determine if a writ petition will be considered. Smith v. District Court, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07871

Having considered the petition and supporting documents, we conclude that our intervention by way of extraordinary relief is not warranted. Id. Accordingly, we deny the petition. See NRAP 21(b)(1).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Jerry A. Wiese, District Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Bourassa Law Group, LLC
       Eighth District Court Clerk